UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE B.V.,[1]

               Petitioner,

      v.

WARDEN OF THE CALIFORNIA CITY
DETENTION CENTER, et al.

               Respondents.

No. 1:26-cv-03822-TLN-AC

A# 246-603-376

**ORDER**

Before the Court is pro se Petitioner Jose B.V.'s ("Petitioner") Petition for Writ of Habeas Corpus containing a motion for temporary restraining order. (ECF No. 1.) The Petition also contains a request for the Court to "allow [Petitioner] to proceed in pauperis forma [sic] because [he] is detained without any type of income." (*Id.* at 7.) Therefore, the Court provisionally authorizes Petitioner to proceed *in forma pauperis* without prepayment of the filing fee in this action, subject to Petitioner filing an application to proceed *in forma pauperis* within **twenty-one (21) days** from the date of this Order. *See* 28 U.S.C. § 1914.

Additionally, in light of the complexity of the legal issues involved, the Court has

---

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

**Within seven (7) court days from the date of this Order**, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

The Clerk of the Court shall serve a copy of this Order and the § 2241 petition on the Federal Defender, Attention: Habeas Appointment.

The Clerk of Court shall also serve Petitioner with an application to proceed *in forma pauperis*. Petitioner must return the application to the Court within twenty-one days from the date of this Order.

IT IS SO ORDERED.

Date: May 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2